UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:15-CR-9-H-6

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CORY JACKSON, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court *sua sponte*. At the initial appearance in this case, the court appointed counsel for defendant subject to his providing information showing the amount of income his wife has. (*See* D.E. 58). He had indicated in his financial affidavit that he did not know her income. (*See* D.E. 50). Defendant has not provided the information. The court needs the information to confirm that defendant is financially eligible for appointment of counsel. *See generally* 18 U.S.C. § 3006A(a).

IT IS THEREFORE ORDERED that by 9 June 2015 defendant shall file a supplemental financial affidavit showing his wife's monthly income.

SO ORDERED, this 28th day of May, 2015.

_____
James E. Gates
United States Magistrate Judge