UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISON
FILE NO. 2:15-CR-9-H-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CORY JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that the Defendant's motion to seal proposed sealed document docket #755 is GRANTED.

This the 13th day of June, 2017.

_____
HONORABLE MALCOLM J. HOWARD
Senior United States District Judge
Eastern District of North Carolina